# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YARBROUGH, | Case No. 1:17-cv-00185-LJO-BAM (PC) |
| Plaintiff, | ORDER CONSTRUING PLAINTIFF'S NOTICE RE PAYMENT AS A MOTION FOR RECEIPT FOR FILING FEE (ECF No. 19) |
| v. | |
| MARIN, *et al.*, | |
| Defendants. | ORDER GRANTING PLAINTIFF'S MOTION FOR RECEIPT FOR FILING FEE (ECF No. 19) |

Plaintiff Eddie Yarbrough ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 20, 2018, this action was terminated by operation of law pursuant to Plaintiff's motion to voluntarily dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF Nos. 16, 17.)

Currently before the Court is Plaintiff's filing, docketed as "Notice re Payment," on April 4, 2022. (ECF No. 19.) Plaintiff states that he is writing to inform the Court that a cashier's check for the total balance remaining in the amount of $292.45 has been mailed to the Court. The remaining $12 should have already been mailed to the Court or sent via encumbrance holds from his trust account, for a total of $304.45 for this case. Plaintiff further requests a receipt showing that this balance has been paid in full, and a copy of the receipt. (*Id.*) The Court construes the

filing as a motion for a receipt for payment of the filing fee.

    Plaintiff's motion is granted.  Attached to this order is a receipt from the Court's Financial Department, titled "Case Inquiry Report."  The first page reflects the total amount owed, total collected, and total outstanding for the filing fee in this action.  The fourth and final page indicates that the following payments were received: $8.00 on May 9, 2019; $17.55 on December 30, 2019; $20.00 on March 8, 2022; and $292.45[1] on April 1, 2022.  No other payments have been received as of the date of this order.

    Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's notice re payment, (ECF No. 19), is CONSTRUED as a motion for receipt for filing fee;
2. Plaintiff's motion for receipt for filing fee, (ECF No. 19), is GRANTED as discussed above;
3. The Clerk of the Court shall serve Plaintiff a copy of the Case Inquiry Report dated April 5, 2022 with this order; and
4. This action remains closed.

IT IS SO ORDERED.

Dated:   **April 5, 2022**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] This payment was divided into three payments: $60.00, $88.00, and $144.45, for a total of $292.45.